860

No. 78–6859. CROWE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–6861. FREDERICK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 78–6862. POWERS v. CICCONE, MEDICAL CENTER DIRECTOR. C. A. 8th Cir. Certiorari denied.

No. 78–6864. CYPHERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6865. GLOVER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 78–6866. ARGUELLES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 78–6868. BETHEA v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 78–6869. TILLI v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. 

No. 78–6870. STEVENS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 78–6871. WHEELER v. HILTON, PRISON SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 78–6873. ASHER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–6877. KOON v. VETERANS' ADMINISTRATION ET AL.; and
No. 78–6886. ALLEN v. VETERANS' ADMINISTRATION ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 591 F. 2d 1334.